

**C. O. ANDERSON, Petitioner, v. COMMIS-
SIONER OF INTERNAL REVENUE,
Respondent.**

**No. 8245.**

Circuit Court of Appeals, Fifth Circuit.

March 11, 1937.

P. Robert G. Sjostrom, of Miami, Fla.,
for petitioner.

Robert H. Jackson, Asst. Atty. Gen.,
Sewall Key, Sp. Asst. to Atty. Gen., and
Herman Oliphant, Gen. Counsel, Depart-
ment of Treasury, and Chester A. Gwinn,
Sp. Atty., Bureau of Internal Revenue,
both of Washington, D. C., for respond-
ent.

Before FOSTER, SIBLEY, and
HUTCHESON, Circuit Judges.

PER CURIAM.

Pursuant to the joint stipulation execut-
ed September 4, 1936, for the consolida-
tion of this case with the case entitled Da-
vid Gross, Petitioner, v. Commissioner of
Internal Revenue, Respondent (C.C.A.)
88 F.(2d) 567, and the motion filed by
petitioner to enter the same judgment in
the above-entitled and numbered cause
as was entered by this court in the case
entitled David Gross, Petitioner, v. Com-
missioner of Internal Revenue, on March
2, 1937, it is now here ordered, adjudged,
and decreed by this court that the judgment
of the said United States Board of Tax
Appeals in this cause be, and the same is
hereby, reversed with direction to correct
the tax assessed in accordance with the
opinion of this court rendered on March
2, 1937, in the case of David Gross, Pe-
titioner, v. Commissioner of Internal Rev-
enue, respondent.

**George STECHER, Petitioner, v. COMMIS-
SIONER OF INTERNAL REVENUE,
Respondent.**

**No. 8246.**

Circuit Court of Appeals, Fifth Circuit.

March 11, 1937.

P. Robert G. Sjostrom, of Miami, Fla.,
for petitioner.

Robert H. Jackson, Asst. Atty. Gen.,
Sewall Key, Sp. Asst. to Atty. Gen., and
Herman Oliphant, Gen. Counsel, Depart-
ment of Treasury, and Chester A. Gwinn,
Sp. Atty., Bureau of Internal Revenue, both
of Washington, D. C., for respondent.

Before FOSTER, SIBLEY, and
HUTCHESON, Circuit Judges.

PER CURIAM.

Pursuant to the joint stipulation execut-
ed September 4, 1936, for the consolidation
of this case with the case entitled David
Gross, Petitioner, v. Commissioner of In-
ternal Revenue, Respondent (C.C.A.) 88
F.(2d) 567, and the motion filed by peti-
tioner to enter the same judgment in the
above-entitled and numbered cause as was
entered by this court in the case entitled
David Gross, Petitioner, v. Commissioner
of Internal Revenue, on March 2, 1937, it
is now here ordered, adjudged, and decreed
by this court that the judgment of the said
United States Board of Tax Appeals in
this cause be, and the same is hereby, re-
versed with direction to correct the tax
assessed in accordance with the opinion of
this court rendered on March 2, 1937, in
the case of David Gross, Petitioner, v.
Commissioner of Internal Revenue, Re-
spondent.

**S. P. TOLAND, Petitioner, v. COMMIS-
SIONER OF INTERNAL REVE-
NUE, Respondent.**

**No. 8247.**

Circuit Court of Appeals, Fifth Circuit.

March 11, 1937.

P. Robert G. Sjostrom, of Miami, Fla.,
for petitioner.

Robert H. Jackson, Asst. Atty. Gen.,
Sewall Key, Sp. Asst. to Atty. Gen., and
Herman Oliphant, Gen. Counsel, Depart-
ment of Treasury, and Chester A. Gwinn,
Sp. Atty., Bureau of Internal Revenue, both
of Washington, D. C., for respondent.